**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| HERR-VOSS STAMCO, INC., | : | No. 389 EAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| FRANCIS BAUER AND LINDA BAUER, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of November, 2015, the Petition for Allowance of Appeal is **DENIED,** Respondent's Motion for Leave to File their Answer and Exhibits under Seal is **DENIED as MOOT**, and Respondent's request to seal the record is **GRANTED**.